IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:11-CR-134-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD SCOTT, JR.,<br>Defendant. | ORDER TO FILE DOCUMENT<br>UNDER SEAL |

This matter having come before the Court on motion of counsel for Defendant to file documents under seal, and for good cause shown;

IT IS HEREBY ORDERED that the Defendant's Proposed Sealed documents #32 and 33 be filed under seal.

ORDERED THIS _13_ day of March, 2012.

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE